UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/23/2021__
```

ORISKA CORPORATION et al.,

                    Plaintiffs,

         -against-

DORON ZANANI et al.,

                    Defendants.

1:21-cv-3174 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the hearing that was previously scheduled to take place

on April 26, 2021 is ADJOURNED to Friday, April 30, 2021 at 10:00 AM.

**SO ORDERED.**

**Date:  April 23, 2021**
**      New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

1