UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

ORISKA CORPORATION, EMPLOYEE
CLASS, and INJURED WORKER CLASS

                    Plaintiffs,

                 -against-

DORON ZANANI, ARIEL BERSCHADSKY,
THE U.S. SMALL BUSINESS ADMINISTRATION,
M&T BANK CORPORATION, and
STEPHEN W. BIEGEL, NEW YORK CITY MARSHAL

                    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/21

1:21-cv-3174 (MKV)

MARY KAY VYSKOCIL, United States District Judge

The Court held a hearing on plaintiff's motion for a temporary restraining order [ECF 2] on April 30, 2021. Plaintiff and each of the named defendants appeared. Plaintiff's motion for a temporary restraining order and/or a preliminary injunction is denied as moot in light of the representation by plaintiffs' counsel on the record at the hearing that the action will be voluntarily discontinued. The clerk of the Court is respectfully requested to close the motion at ECF 2.

**SO ORDERED.**

**Date: April 30, 2021**

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge