# ARIEL BERSCHADSKY
### ATTORNEY AT LAW

TEL: (212) 372-3322     199 STATE STREET, #8E     AB@BERSCHADSKY.COM
BROOKLYN, NY 11201     WWW.BERSCHADSKY.COM

May 28, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2021
```

–VIA ECF & EMAIL–

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
(212) 805-0200
vyskocilnysdchambers@nysd.uscourts.gov

    Re:     Withdrawal of Motion for Sanctions by Ariel Berschadsky
                  *Oriska Corp., et al. v Zanani, et al*., 21 Civ. 3174 (MKV)

Dear Judge Vyskocil:

I am a *defendant pro se* in the above-captioned action. On May 14, 2021, I filed a motion (ECF 32) for sanctions against James Matthew Kernan, Esq., Frank Policelli, Esq., and Oriska Corporation.

Please be advised that I have resolved the issues underlying that motion with Messrs. Kernan/Policelli and Oriska Corporation, and am therefore withdrawing the motion. Thank you.

                                                       Sincerely yours,

                                                       Ariel Berschadsky

–VIA EMAIL–

Frank Policelli, Esq.
frankpolicelli@centralny.twcbc.com
*Counsel for Oriska Corporation, the Employee Class, and the Injured Worker Class*

James M. Kernan, Esq.
jkernan@kernanllp.com

Doron Zanani, Esq.
dzanani@gmail.com
*Defendant Pro Se*

Carly Weinreb, Esq.
Assistant United States Attorney
Southern District of New York
carly.weinreb@usdoj.gov
*Counsel for U.S. Small Business Administration*

Andrew P. Schriever, Esq.
Cuddy & Feder LLP
aschriever@cuddyfeder.com
*Counsel for New York City Marshal Stephen W. Biegel*

Robert J. Fluskey, Jr.
Hodgson Russ LLP
rfluskey@hodgsonruss.com
*Counsel for M&T Bank Corporation*

---

**Granted. SO ORDERED.** The Clerk of Court is respectfully directed to terminate the motion at docket number 32.

Date: May 28, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge